No. 91–1023.  CLARK ET AL. *v.* VELSICOL CHEMICAL CORP. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 91–1024.  GUERRERO *v.* UNITED STATES.  Ct. Mil. App. Certiorari denied.

No. 91–1027.  WALDRON-SHAH *v.* BOARD OF RETIREMENT OF LOS ANGELES COUNTY EMPLOYEES' RETIREMENT ASSN.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 91–1028.  MILLER ET AL. *v.* CAMPBELL COUNTY, WYOMING, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 91–1031.  STUART HACK CO. ET AL. *v.* SHOFER.  Ct. App. Md.  Certiorari denied.

No. 91–1034.  GENERAL DYNAMICS CORP. ET AL. *v.* BAREFORD ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–1037.  GENUINE PARTS CO., INC., ET AL. *v.* CRAWFORD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–1038.  ALPHA LYRACOM SPACE COMMUNICATIONS, INC., ET AL. *v.* COMMUNICATIONS SATELLITE CORP.  C. A. 2d Cir.  Certiorari denied.

No. 91–1039.  WALTER FULLER AIRCRAFT SALES, INC. *v.* FAYSOUND LTD.  C. A. 8th Cir.  Certiorari denied.

No. 91–1042.  DOYLE ET AL. *v.* PECSI.  C. A. 6th Cir.  Certiorari denied.

No. 91–1044.  NEWPORT LTD. *v.* SEARS, ROEBUCK & CO.  C. A. 5th Cir.  Certiorari denied.

No. 91–1047.  HOSPITAL AUTHORITY OF GWINNETT COUNTY, GEORGIA, INDIVIDUALLY AND DBA GWINNETT AMBULANCE SERVICES *v.* JONES, ADMINISTRATOR OF ESTATE OF O'KELLEY, DECEASED.  Sup. Ct. Ga.  Certiorari denied.